UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT LUCAS WOODWARD,

          Petitioner,

   v.

JASON BENNETT,

          Respondent.

Case No. C24-5442-BJR-SKV

REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, filed a motion to proceed *in forma pauperis* (IFP) in this habeas matter. Dkt. 7. The form completed by Petitioner appears to indicate he has no resources available to pay the filing fee. *Id.* However, the certified copy of the prison trust account statement provided by Petitioner shows that he has average monthly receipts of $250.29 and an average spendable balance of $184.00. Dkt. 7-14.

Because it appears Petitioner has financial resources allowing for payment of the $5.00 fee for filing a habeas petition, the Court recommends the motion to proceed IFP, Dkt. 7, be DENIED. This action should proceed only if plaintiff pays the $5.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

REPORT AND RECOMMENDATION - 1

1    Objections to this Report and Recommendation, if any, should be filed with the Clerk and
2 served upon all parties to this suit not later than **fourteen (14) days** from the date on which this
3 Report and Recommendation is signed.  Failure to file objections within the specified time may
4 affect your right to appeal.  Objections should be noted for consideration on the District Judge's
5 motions calendar **fourteen (14) days** from the date they are filed.  Responses to objections may
6 be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be
7 ready for consideration by the District Judge on **July 23, 2024**.
8    The Clerk is directed to send copies of this order to the parties and to the Honorable
9 Barbara J. Rothstein.
10    Dated this 2nd day of July, 2024.

*[signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2