UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LUCAS WOODWARD,<br><br>      Petitioner,<br><br> v.<br><br>JASON BENNETT,<br><br>      Respondent. | Case No. C24-5442-BJR-SKV<br><br>ORDER |

The Court has reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record.  There being no objections or responses filed,  the Court finds and ORDERS:

  (1)  The Court ADOPTS the Report and Recommendation.

  (2)  Plaintiff's IFP application is DENIED.  Plaintiff is directed to pay the full filing fee of $5.00 within **thirty (30) days** of the date of signature below.  If the filing fee is not paid, this case will be dismissed;

  (3)  The Clerk shall file the complaint only on receipt of the filing fee.  If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

ORDER - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 6th day of September, 2024.

*[signature]*

BARBARA J. ROTHSTEIN
United States District Judge

ORDER - 2