UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LUCAS WOODWARD,

                Petitioner,

    v.

JASON BENNETT,

                Respondent.

Case No. C24-5442-BJR

ORDER DISMISSING ACTION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge,[1] and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Petitioner's petition for writ of habeas corpus (Dkt. 18) and this action are DISMISSED, without prejudice, for failure to exhaust state court remedies.

    (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

---

[1] No objections have been filed and the deadline for doing so has passed.

ORDER DISMISSING ACTION
PAGE - 1

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

DATED this 6th day of January 2025.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2